**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SUSAN MARTINEZ,

    Plaintiff,

-vs-                                          Case No. 3:15-cv-1215-J-34JBT

MARKET TRADERS INSTITUTE, INC.,
et al.,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 62; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on November 22, 2016. In the Report, Magistrate Judge Toomey recommends that this case be transferred to the Orlando Division of the Middle District of Florida. See Report at 2, 7. The parties have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 62) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to transfer this case to the United States District Court for the Middle District of Florida, Orlando Division for all further proceeds and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of December, 2016.

*[signature: Marcia Morales Howard]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record